1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KLAWONN, on behalf of the Motion Picture Industry Individual Account Plan,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF DIRECTORS FOR THE MOTION PICTURE INDUSTRY PENSION PLANS, et al.<br><br>Defendants. | Case No. 2:20-cv-09194-DMG-JEM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BOARD OF DIRECTORS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Hearing Date: April 23, 2021<br>Hearing Time: 9:30 a.m.<br>Judge: Hon. Dolly M. Gee |

1

The matter is before the Court on Defendant Board of Directors for the Motion Picture Industry Pension Plans' Motion to Dismiss Plaintiff Patricia Klawonn's Amended Complaint (the "Motion to Dismiss").

After consideration of the Motion to Dismiss and all papers and argument in support thereof and in opposition thereto, the Court hereby ORDERS as follows:

1. The Motion to Dismiss is **GRANTED**; and
2. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE.**

Dated:

_____

Honorable Dolly M. Gee
United States District Judge

2

[PROPOSED] ORDER GRANTING DEFENDANT BOARD OF DIRECTORS'
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT
Case No. 2:20-CV-09194-DMG-JEM