Nancy G. Ross, *pro hac vice*
nross@mayerbrown.com
Richard E. Nowak, *pro hac vice*
rnowak@mayerbrown.com
Abigail M. Bartine (SBN 326993)
abartine@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone:   (312) 782-0600
Facsimile:   (312) 701-7711

Alexander Vitruk (SBN 315756)
avitruk@mayerbrown.com
MAYER BROWN LLP
350 S. Grand Ave., 25th Fl.
Los Angeles, CA 90071
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248

*Attorneys for Defendant
Board of Directors for the
Motion Picture Industry
Pension Plans*

Jason C. Marsili CA Bar No. 233980
ROSEN MARSILI RAPP LLP
11150 W. Olympic Blvd, Suite 990
Los Angeles, CA 90064
Telephone: 213-389-6050
jmarsili@rmrllp.com

Paul J. Lukas
Kai H. Richter
Brock J. Specht
Brandon T. McDonough
Jennifer K. Lee
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com
krichter@nka.com
bspecht@nka.com
bmcdonough@nka.com
jlee@nka.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KLAWONN, on behalf of the Motion Picture Industry Individual Account Plan,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF DIRECTORS FOR THE MOTION PICTURE INDUSTRY PENSION PLANS, et al.<br><br>Defendants. | Case No. 2:20-cv-09194-DMG-JEM<br><br>**JOINT MOTION REGARDING FILING OF SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Dolly M. Gee<br><br>Date Action Filed: October 7, 2020 |

Plaintiff Patricia Klawonn, on behalf of the Motion Picture Industry Individual Account Plan ("Plan"), and Defendant Board of Directors for the Motion Picture Industry Pension Plans (collectively with Plaintiff, the "Parties") hereby jointly move the Court for an Order modifying the deadlines set forth in this Court's Order Re Defendant's Motion to Dismiss (the "Order") (ECF No. 53). In support of this Joint Motion, the Parties state as follows:

1. On October 7, 2020, Plaintiff filed her Complaint for Damages, Injunctive Relief, and Other Equitable Relief ("Complaint"). (ECF No. 1).

2. On December 15, 2020, Defendant filed a Motion to Dismiss the Complaint. (ECF No. 37).

3. On January 5, 2021, Plaintiff filed an Amended Complaint in lieu of filing a response to Defendant's Motion to Dismiss. (ECF No. 41).

4. On February 15, 2021, Defendant filed a Motion to Dismiss the Amended Complaint (ECF No. 44).

5. On August 9, 2021, the Court entered an Order dismissing Plaintiff's breach of fiduciary duty claim, but granted Plaintiff leave to file a Second Amended Complaint only with respect to the Plaintiff's claim alleging a failure to monitor the Plan's investments.

6. The Order set a deadline of August 30, 2021, for Plaintiff to file a Second Amended Complaint.

7. Plaintiff intends to file a Second Amended Complaint, and her counsel is in the process of preparing the Second Amended Complaint. However, a brief amount of additional time is needed to complete the necessary investigation and to supplement Plaintiff's allegations. Further, counsel for Plaintiff has several existing deadlines in other matters on August 30, 2021. Accordingly, Plaintiff requests a limited extension of 10 days to file Plaintiff's Second Amended Complaint to September 9, 2021. The Parties have agreed that Defendant's time to respond to

1  Plaintiff's Second Amended Complaint will likewise be extended to October 12, 2021.

2. 8. For the reasons described above, good cause exists for granting Plaintiff's requested extension to file her Second Amended Complaint. To date, no discovery has been taken, no discovery schedule has been entered, and neither a final pretrial conference nor trial have been scheduled.

9. Counsel for the Parties have conferred and agree to the brief extension.

WHEREFORE, the Parties respectfully request that the Court modify the deadlines set in the Order as follows:

1. Plaintiff shall have until Thursday, September 9, 2021, to file her Second Amended Complaint.

2. Defendant shall have until Tuesday, October 12, 2021, to file its response to the Second Amended Complaint.

Dated: August 17, 2021

Respectfully submitted,
By: */s/ Kai Richter*
NICHOLS KASTER, PLLP
Paul J. Lukas, MN Bar No. 22084X
Kai H. Richter, MN Bar No. 0296545
Brock J. Specht, MN Bar No. 0388343
Brandon T. McDonough, MN Bar No. 0393259
Jennifer K. Lee, MN Bar No. 0399012
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com
krichter@nka.com
bspecht@nka.com
bmcdonough@nka.com
jlee@nka.com

3

| | |
|---|---|
| 1 | ROSEN MARSILI RAPP LLP |
| 2 | Jason C. Marsili, CA Bar No. 233980 |
| | 11150 W. Olympic Blvd, Suite 990 |
| 3 | Los Angeles, CA 90064 |
| 4 | Telephone: 213-389-6050 |
| | jmarsili@rmrllp.com |

*Attorneys for Plaintiff*

By: */s/ Nancy G. Ross*
Nancy G. Ross, *pro hac vice*
nross@mayerbrown.com
Richard E. Nowak, *pro hac vice*
rnowak@mayerbrown.com
Abigail M. Bartine (SBN 326993)
abartine@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone:   (312) 782-0600
Facsimile:   (312) 701-7711

Alexander Vitruk (SBN 315756)
avitruk@mayerbrown.com
MAYER BROWN LLP
350 S. Grand Ave., 25th Fl.
Los Angeles, CA 90071
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248

*Attorneys for Defendant*