Nancy G. Ross (pro hac vice)
nross@mayerbrown.com
Samuel P. Myler (pro hac vice pending)
smyler@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

D. Matthew Moscon (pro hac vice pending)
mmoscon@mayerbrown.com
MAYER BROWN LLP
10 West Broadway, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 907-2700
Facsimile: (801) 880-2221

Anthony Gutierrez (SBN 330302)
agutierrez@mayerbrown.com
MAYER BROWN LLP
350 South Grand Ave., 25th Fl.
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Defendant
Board of Directors for the
Motion Picture Industry
Pension Plans*

Jason C. Marsili (SBN 233980)
jmarsili@rmrllp.com
ROSEN MARSILI RAPP LLP
3600 Wilshire Blvd Suite 1800
Los Angeles, CA 90010
Telephone : (213) 389-6050

Paul J. Lukas (pro hac vice)
lukas@nka.com
Anna P. Prakash (pro hac vice)
aprakash@nka.com
Brock J. Specht (pro hac vice)
bspecht@nka.com
Patricia C. Dana (pro hac vice)
pdana@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KLAWONN, on behalf of the Motion Picture Industry Individual Account Plan,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF DIRECTORS FOR THE MOTION PICTURE INDUSTRY PENSION PLANS, et al.<br><br>Defendants. | Case No. 2:20-cv-09194-DMG-JEM<br><br>**STIPULATION EXTENDING DEADLINE FOR DEFENDANT'S ANSWER TO THE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Dolly M. Gee<br><br>Date Action Filed: October 7, 2020 |

Plaintiff Patricia Klawonn, on behalf of the Motion Picture Industry Individual Account Plan ("Plaintiff"), and Defendant Board of Directors for the Motion Picture Industry Pension Plans ("Defendant," and collectively with Plaintiff, the "Parties") hereby stipulate and agree as follows:

1. On September 27, 2022, the Court issued an order denying Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint. Pursuant to the Court's order, Defendant's answer is due October 18, 2022. (ECF No. 79).

2. Defendant requests a 10-day extension of time to file its answer to the Second Amended Complaint. Because of the scope and complexity of the legal and factual issues raised by the Second Amended Complaint, Defendant requires additional time to fully investigate this matter and prepare responses to the Second Amended Complaint.

3. Counsel for Defendant and Counsel for Plaintiff have conferred regarding Defendant's request. Plaintiff's counsel has agreed to stipulate to the proposed extension.

4. This stipulation is made in good faith and not for purposes of delay and there will be no prejudice to any party if the requested extension of time is granted.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Defendant and Plaintiff through their undersigned counsel, and subject to the Court's approval, that Defendant's answer to Plaintiff's Second Amended Complaint be filed no later than October 28, 2022.

| | | |
|---|---|---|
| 1 | Dated: October 11, 2022 | Respectfully submitted, |
| 2 | | By: */s/ Anthony Gutierrez* |
| | | Nancy G. Ross, *pro hac vice* |
| 3 | | *nross@mayerbrown.com* |
| | | Samuel P. Myler (pro hac vice pending) |
| 4 | | MAYER BROWN LLP |
| | | 71 South Wacker Drive |
| 5 | | Chicago, IL 60606 |
| | | Telephone: (312) 782-0600 |
| 6 | | Facsimile: (312) 701-7711 |
| 7 | | D. Matthew Moscon (pro hac vice pending) |
| | | *mmoscon@mayerbrown.com* |
| 8 | | MAYER BROWN LLP |
| | | 10 West Broadway, Suite 700 |
| 9 | | Salt Lake City, UT 84101 |
| | | Telephone: (801) 907-2700 |
| 10 | | Facsimile: (801) 880-2221 |
| 11 | | Anthony Gutierrez (SBN 330302) |
| | | *agutierrez@mayerbrown.com* |
| 12 | | MAYER BROWN LLP |
| | | 350 S. Grand Ave., 25th Fl. |
| 13 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 229-9500 |
| 14 | | Facsimile: (213) 625-0248 |
| 15 | | *Attorneys for Defendant Board of Directors for the Motion Picture Industry Pension Plans* |
| 16 | | |
| 17 | | By: */s/ Paul J. Lukas* |
| | | Paul J. Lukas (pro hac vice) |
| | | *lukas@nka.com* |
| 18 | | Anna P. Prakash (pro hac vice) |
| | | *aprakash@nka.com* |
| 19 | | Brock J. Specht (pro hac vice) |
| | | *bspecht@nka.com* |
| 20 | | Patricia C. Dana (pro hac vice) |
| | | *pdana@nka.com* |
| 21 | | NICHOLS KASTER, PLLP |
| | | 4700 IDS Center |
| 22 | | 80 South 8th Street |
| | | Minneapolis, MN 55402 |
| 23 | | Telephone: (612) 256-3200 |
| | | Facsimile: (612) 338-4878 |
| 24 | | |
| 25 | | Jason C. Marsili (SBN 233980) |
| | | *jmarsili@rmrllp.com* |
| 26 | | ROSEN MARSILI RAPP LLP |
| | | 3600 Wilshire Blvd Suite 1800 |
| 27 | | Los Angeles, CA 90010 |
| | | Telephone : (213) 389-6050 |
| 28 | | *Attorneys for Plaintiff* |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I Anthony Gutierrez attest under penalty of perjury that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 11, 2022

*/s/ Anthony Gutierrez*
Anthony Gutierrez