Nancy G. Ross, *pro hac vice*
nross@mayerbrown.com
Samuel P. Myler, *pro hac vice*
smyler@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

David M. Moscon, *pro hac vice*
mmoscon@mayerbrown.com
10 West Broadway, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 907-2703
Facsimile: (801) 880-2221

Robert C. Double III (SBN 301637)
rdouble@mayerbrown.com
Anthony Gutierrez (SBN 330302)
agutierrez@mayerbrown.com
350 S. Grand Ave., 25th Fl.
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Defendant Board of Directors for the Motion Picture Industry Pension Plans*

Jason Marsili, CA Bar No. 233980
jmarsili@rmrllp.com
ROSEN MARSILI RAPP LLP
11150 W. Olympic Blvd, Suite 990
Los Angeles, CA 90064
Telephone: 213-389-6050

Paul J. Lukas, *pro hac vice*
lukas@nka.com
Brock J. Specht, *pro hac vice*
bspecht@nka.com
Anna P. Prakash, *pro hac vice*
aprakash@nka.com
Patricia C. Dana, *pro hac vice*
pdana@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Patricia Klawonn, on behalf of the Motion Picture Industry Individual Account Plan,<br><br>Plaintiff,<br><br>v.<br><br>Board of Directors for the Motion Picture Industry Pension Plans, et al.,<br>Defendants. | Case No. 2:20-cv-09194 DMG-JEM<br><br>**STIPULATION TO GOVERN REMOTE DEPOSITIONS** |

751040715.1

The parties stipulate and agree to the following parameters to govern all remote depositions in the above-captioned matter.

1. Depositions referred to herein as "remote" are those in which some or all of those who intend to participate—the parties, their attorneys, and the deponent—will appear electronically on the court reporter's and/or noticing attorney's preferred video-conferencing platform. In other words, some or all of the court reporter, examining counsel, and the deponent's counsel will not be physically present with the deponent. Nothing herein prevents any party or their counsel from noticing a deposition to be in person, or from attending in person a deposition noticed by another party as a remote deposition.

2. The deponent, examining attorney, defending attorney, and court reporter should be visible to any who chose to attend by remote means.

3. Any of the deponent, court reporter, examining counsel, and/or the deponent's counsel that attend by remote means shall attend unmuted at all times when on the record, unless all parties agree otherwise on the record due to background noise or feedback. All other persons attending the deposition shall make their presence known to all other participants, but they shall keep their microphones on mute unless they wish to speak, and after having spoken, they shall go back on mute.

4. No counsel shall engage in a private communication, including by nonverbal, verbal, or written means with any deponent while the deposition is on the record. This includes communications through text message, electronic mail, or a chat feature inside or outside of the videoconferencing system with any deponent while the deposition is on the record. In the event counsel intends to initiate a private communication with any deponent for the purpose of determining whether a privilege should be asserted, counsel shall state her/his intention on the record before initiating communication. Nothing in the paragraph is meant to alter any applicable rules governing communications with a deponent during a deposition.

751040715.1

5.      Exhibits shall be shared with the deponent, court reporter, and opposing counsel by publishing on the conferencing platform during the deposition. When possible on the platform used, the deponent shall be given control so that they may adequately review the document before questioning. To the extent the conferencing platform does not make a copy of marked exhibits available to the court reporter and opposing counsel for download, a copy of all exhibits to be marked will be sent via email to the court reporter, and carbon copied to the opposing counsel after the exhibit is introduced. Upon request, counsel taking the deposition or the court reporter will also circulate a copy of all marked exhibits following the deposition.

6.      Remote depositions shall be recorded by stenographic means, but given the COVID-19 pandemic, the court reporter may not be physically present with the deponent. The parties agree not to challenge the validity of any oath remotely administered by the court reporter.

7.      The parties agree that this remote deposition may be used at a trial or hearing to the same extent that an in-person deposition may be used at a trial or hearing, and the parties agree not to object to the use of this deposition on the basis that it was taken remotely. The parties reserve all other objections to the use of any deposition testimony at trial.

751040715.1

| | |
|---|---|
| **NICHOLS KASTER, PLLP** | **MAYER BROWN LLP** |
| */s/ Anna P. Prakash* | */s/ David M. Moscon* |
| Paul J. Lukas, *pro hac vice* | Nancy G. Ross, *pro hac vice* |
| Brock J. Specht, *pro hac vice* | nross@mayerbrown.com |
| Anna P. Prakash, *pro hac vice* | Samuel P. Myler, *pro hac vice* |
| Patricia C. Dana, *pro hac vice* | smyler@mayerbrown.com |
| 4700 IDS Center | 71 South Wacker Drive |
| 80 South 7th Street | Chicago, IL 60606 |
| Minneapolis, MN 55402 | Telephone: (312) 782-0600 |
| Telephone: (612) 256-3200 | Facsimile: (312) 701-7711 |
| Facsimile: (612) 338-4878 | |
| lukas@nka.com | David M. Moscon, *pro hac vice* |
| bspecht@nka.com | mmoscon@mayerbrown.com |
| aprakash@nka.com | 10 West Broadway, Suite 700 |
| pdana@nka.com | Salt Lake City, UT 84101 |
| | Telephone: (801) 907-2703 |
| Jason Marsili, CA Bar No. 233980 | Facsimile: (801) 880-2221 |
| **ROSEN MARSILI RAPP LLP** | |
| 11150 W. Olympic Blvd, Suite 990 | Robert C. Double III (SBN 301637) |
| Los Angeles, CA 90064 | rdouble@mayerbrown.com |
| Telephone: 213-389-6050 | Anthony Gutierrez (SBN 330302) |
| jmarsili@rmrllp.com | agutierrez@mayerbrown.com |
| | 350 S. Grand Ave., 25th Fl. |
| *Attorneys for Plaintiff* | Los Angeles, CA 90071 |
| | Telephone: (213) 229-9500 |
| | Facsimile: (213) 625-0248 |
| | |
| | *Attorneys for Defendant Board of Directors for the Motion Picture Industry Pension Plans* |

4

751040715.1

# FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Anna Prakash, attest under penalty of perjury that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 9, 2022

*/s/ Anna P. Prakash*
Anna P. Prakash

751040715.1