NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KLAWONN, on behalf of the Motion Picture Industry Individual Account Plan,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF DIRECTORS FOR THE MOTION PICTURE INDUSTRY PENSION PLANS, et al.<br><br>Defendants. | Case No. 2:20-cv-09194-DMG-JEM<br><br>**ORDER**<br><br>Judge: Hon. Dolly M. Gee<br><br>Date Action Filed: October 7, 2020 |

## ORDER

The Court has received and considered Plaintiff Patricia Klawonn, on behalf of the Motion Picture Industry Individual Account Plan ("Plaintiff"), and Defendant Board of Directors for the Motion Picture Industry Pension Plans' (the "Board" and, together, the "Parties") Proposed Stipulated Protective Order.

Pursuant to the Parties' stipulation and for good cause shown, IT IS ORDERED that the Parties' Stipulated Protective Order is approved and shall be the Order of the Court.

**IT IS SO ORDERED.**

Dated: 12/9/2022

*John E. McDermott*
Hon. John E. McDermott
United States Magistrate Judge