1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| PATRICIA KLAWONN, on behalf of the Motion Picture Industry Individual Account Plan, | Case No. 2:20-cv-09194-DMG-JEM |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | Judge: Hon. Dolly M. Gee |
| BOARD OF DIRECTORS FOR THE MOTION PICTURE INDUSTRY PENSION PLANS, et al. | Date Action Filed: October 7, 2020 |
| Defendants. | |

1

# [PROPOSED] ORDER

The Court has received and considered Plaintiff Patricia Klawonn, on behalf of the Motion Picture Industry Individual Account Plan ("Plaintiff"), and Defendant Board of Directors for the Motion Picture Industry Pension Plans' (the "Board" and, together, the "Parties") Joint Stipulation to Modify Scheduling and Case Management Order for Good Cause.

Pursuant to the Parties' stipulation and for good cause shown, IT IS ORDERED that the Parties' Joint Stipulation to Modify Scheduling and Case Management Order for Good Cause is approved and shall be the Order of the Court.

**IT IS SO ORDERED.**

Dated:_____        _____
                            Hon. Dolly M. Gee
                            Judge, United States District Court