UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KLAWONN, on behalf of the Motion Picture Industry Individual Account Plan,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF DIRECTORS FOR THE MOTION PICTURE INDUSTRY PENSION PLANS, et al.<br><br>　　　　Defendants. | Case No. CV 20-9194-DMG (JEMx)<br><br>**ORDER MODIFYING PRETRIAL AND TRIAL SCHEDULE [122]** |

1

The Court has reviewed and considered the Parties' Joint Stipulation to Modify Scheduling and Case Management Order for Good Cause. [Doc. # 122.]

Pursuant to the Parties' stipulation and for good cause shown, IT IS ORDERED that the Parties' Joint Stipulation to Modify Scheduling and Case Management Order for Good Cause is APPROVED, as modified in the attached amended schedule. The parties shall comply with the Court's Scheduling and Case Management Orders [Doc. ## 101, 104], except to the extent modified herein.

**IT IS SO ORDERED.**

DATED: October 17, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Judge Dolly M. Gee
**AMENDED SCHEDULE OF PRETRIAL & TRIAL DATES (COURT TRIAL)**

Case No.: CV 20-9194-DMG (JEMx)   Title: *Patricia Klawonn v. Bd. of Dirs. for the Motion Picture Industry Pension Plans*

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ x ] Court  [ ] Jury<br>Duration Estimate: 5-7 Days | 11-12-24<br>(Tuesday) | 9:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 10-15-24<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Plaintiff's Opposition to Motion to Dismiss Deadline | 11-22-23 |
| Defendants' Reply to Motion to Dismiss Deadline | 12-1-23 |
| Defendants' Response to Class Certification Deadline | 12-8-23 |
| Plaintiff's Reply to Class Certification Deadline | 12-29-23 |
| Hearing on Class Certification Motion [Doc. # 115] | 1-12-24 at 10:00 a.m. |
| Plaintiff Initial Expert Disclosure & Report Deadline | 1-10-24 |
| Defendant's Initial Expert Disclosure & Report Deadline | 2-28-24 |
| Rebuttal Expert Disclosure & Report Deadline | 3-29-24 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 4-26-24 |
| Motion Cut-Off  (filing deadline)<br>Last hearing date for dispositive motions | 5-24-24<br>7-12-24 |
| *Daubert* Motion Filing Deadline | 5-24-24 |
| Settlement Conference Completion Date | 8-12-24 |
| Joint Status Report re Settlement | 8-19-24 |
| Motions *in Limine* Filing Deadline | 9-10-24 |
| Opposition to Motion *in Limine* Filing Deadline | 9-24-24 |
| Proposed Pretrial Conference Order | 10-4-24 |
| Pretrial Exhibit Stipulation | 10-4-24 |
| Joint Exhibit List | 10-4-24 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 10-4-24 |
| Witness Declarations or Marked Depositions | 10-22-24 |
| Objections to Witness Declarations/Marked Depositions | 10-29-24 |
| Proposed Findings of Fact and Conclusions of Law | 10-22-24 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 10-29-24 |