**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KLAWONN, *on behalf of the Motion Picture Industry Individual Account Plan*,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF DIRECTORS FOR THE MOTION PICTURE INDUSTRY PENSION PLANS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. CV 20-9194-DMG (ASx)<br><br>**JUDGMENT** |

This Court having granted Defendants Board of Directors for the Motion Picture Industry Pension Plans, *et al.*'s motion for summary judgment, by Order dated March 31, 2025,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants and against Plaintiff Patricia Klawonn.

DATED:  March 31, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge